## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY BINK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-02315-TC-KGG |
| vs. | ) |
| | ) |
| **JMA RAILROAD SUPPLY COMPANY,** | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Plaintiff Jeffrey Bink and Defendant JMA Railroad Supply Company, hereby stipulate that this action, in full and including all claims of Plaintiff, is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear and pay his/its own attorneys' fees and costs.

**BALDWIN & VERNON**

By: /s/ *Eric Vernon*
Kevin Baldwin, KS 18637
Eric Vernon, KS 21358
Sylvia Hernandez, KS 78914
Robin Koogler, KS 78915
108 S. Pleasant St.
Independence, Missouri 64050
Tel: (816) 842-1102
Fax: (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
Robin@bvalaw.net
**ATTORNEYS FOR PLAINTIFF**

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ *Jacqueline M. Duvall*
Jacqueline M. Duvall, KS 78799
James C. Morris, KS 78900
211 North Broadway, Suite 2150
St. Louis, MO 63102
Tel: (314) 961-6686
Fax: (314) 338-3076
jduvall@grsm.com
jmorris@grsm.com

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was transmitted via CM/ECF electronic filing this 10th day of January 2023, to counsel of record.

/s/ *Eric Vernon*
**Attorney for Plaintiff**